EASTERN OUTDOOR, INC. v. BOARD
OF ADJUST. OF JOHNSTON CTY.

No. 353A02

Case below: 150 N.C. App. 516

Notice of appeal by plaintiff pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 February 2003.

EVANS v. EVANS

No. 554P02

Case below: 153 N.C. App. 54

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 2003.

FISHER v. HOUSING AUTH. OF CITY OF KINSTON

No. 94PA03

Case below: 155 N.C. App. 189

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 27 February 2003.

FRANCINE DELANY NEW SCHOOL FOR CHILDREN, INC. v.
ASHEVILLE CITY BD. OF EDUC.

No. 324P02

Case below: 150 N.C. App. 338

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

FRAZIER v. McDONALD'S

No. 334P02

Case below: 149 N.C. App. 745

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.